IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANTHONY LINK,                                                      CV. 04-704-HU

           Petitioner,                               ORDER

     v.

BRIAN BELLEQUE,

           Respondent.

KING, Judge

     Petitioner's motion to voluntarily dismiss (#46) is GRANTED. This action is DISMISSED, without prejudice. The court incorporates the terms of the parties' stipulation agreement and retains jurisdiction to enforce the terms of the agreement.

     IT IS SO ORDERED.

     DATED this  14th day of February, 2006.

                                                      /s/ Garr M. King
                                                     Garr M. King
                                                     United States District Judge

1 -- ORDER